IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS
_____4_____ DIVISION

**TERENCE SCOTT and**  **PLAINTIFFS**
**RAMONA SCOTT**

VS.                          NO. CV2013-179

**JAXON MARTIN**
**PRIME HOME SERVICES, INC.**
**AKA PRIME HOME SERVICES INC.**                    **DEFENDANTS**



## COMPLAINT

Come now the Plaintiffs Terence Scott and Ramona Scott and for their complaint against Jaxton Martin, Cole Fairchild, and Prime Home Services, Inc. state:

**Parties:**

1. Plaintiffs Terence Scott and Ramona Scott are husband and wife, residents of Russellville, Pope County, Arkansas and were so at all times relevant to this cause of action.

2. Defendant Jaxon Martin is a resident of Bartlett, Cleburne County, Arkansas, and was so at all times relevant to this cause of action. The Law Offices of Watts, Donovan and Tilley have agreed to accept service on behalf of Defendant Martin.

3. Defendant Prime Home Services Inc., alternatively identified as Prime Home Services, Inc. is a For-Profit Domestic Corporation registered in Tennessee

whose agent for service is identified as Cole Fairchild and whose address is 895 Slayden Rd., Moscow, Tennessee, 38057-8235. The Law Offices of Watts, Donovan and Tilley have agreed to accept service on behalf of Defendant Prime Home Services.

**Jurisdiction and Venue:**

4. The Plaintiffs are residents of Pope County, Arkansas. The accident that is the subject of this law suit occurred in Pulaski County, Arkansas. One of the defendants is a resident of Cleburne County, Arkansas. Pursuant to Arkansas Code Sec. 16-55-213, Venue is proper in Pope County.

5. This is a civil action in which the amount in controversy is in excess of the statutory limits for Circuit court, therefore Jurisdiction is proper.

**Facts:**

6. On April 2, 2013, at approximately 9:30 AM, Plaintiff Terence Scott was operating a 2009 Yamaha motorcycle eastbound on or in the vicinity of 10600 Col. Glenn Rd. at the intersection with 4600 Talley Drive in Little Rock, Arkansas.

7. At the same time and place, Defendant Martin was operating a commercial vehicle, specifically a 2003 Ford F-150 pickup towing an unlicensed trailer, owned by Cole Fairchild, northbound on Talley Road, when he turned left in front of Plaintiff Scott causing Scott to collide with the side of said Pickup Truck. On information and belief, Plaintiff Scott was run over.

8. All times herein mentioned Plaintiff's vehicle was operated in a reasonable and prudent manner, with due caution and regard for the motor vehicle laws of the State of Arkansas.

9. Defendant Martin failed to yield the right of way, failed to maintain control of his

truck and disobeyed the Arkansas Rules of the Road.

10. As a result of the collision, Plaintiff Terence Scott was grievously injured.

**Negligence of Defendant Jaxon Martin**

11. Plaintiff hereby incorporates paragraphs No. 1 through No. 10 of this Complaint fully as if the allegations were set forth fully herein.

12. Defendant Martin had a duty to act reasonably and use due care while driving. Defendant Martin had a duty to pay attention to traffic, to maintain a proper lookout, to obey traffic control devices, to obey the laws and rules of the State of Arkansas, to maintain proper speed for the conditions, to reduce the speed of his vehicle to avoid an accident, to maintain a proper distance between vehicles, to yield the right of way to vehicles in the path of his turn, and to pay full time and attention to the operation of his vehicle and to avoid a collision.

13. Defendant Martin breached that duty of due care by failing to pay proper attention to the roadway and the traffic, failing to maintain a proper lookout, failing to obey the traffic control device, failing to obey the laws and rules of the State of Arkansas, failing to maintain proper speed for the conditions, failing to reduce speed of his vehicle to avoid an accident, failing to maintain a proper distance between vehicles, by failing to control the vehicle in order to avoid a collision, failing to yield the right of way to vehicles in the path of his turn and driving carelessly.

14. As a direct and proximate result of the negligence of Defendant Martin, Plaintiff suffers from permanent physical injuries, conscious mental anguish, pain and suffering in the past and in the future, past medical expenses and future medical expenses and income loss.

15. All of the above damages were directly and proximately caused by the

aforementioned negligence of Defendant Martin, and were incurred without contributory negligence or assumption of the risk on the part of Plaintiff, or an opportunity for Plaintiff to avoid the accident.

**Respondeat Superior:**

16. At all times mentioned herein, Defendant Martin was an agent, servant, employee and/or statutory employee of Defendant Prime Home Services, Inc. and was engaged in activities within the course and scope of his employment. Therefore, pursuant to the doctrine of Respondeat Superior, Defendant Prime Home Services, Inc. is liable for the negligent acts of its employee, Defendant Martin.

**Damages:**

17. As a result of the injuries proximately caused by the negligence of Defendant Martin, attributed to Defendant Prime Home Services, Inc. , Plaintiff Terence Scott sustained a spinal cord injury resulting in paraplegia. He is permanently and totally disabled.

18. As a result of the injuries to Plaintiff Terence Scott proximately caused by the negligence of Defendant Martin, attributed to Defendant Prime Home Services, Inc. , Plaintiff Ramona Scott has been and will forever be denied the household services, support and consortium normally associated with married couples, services, support and consortium that she enjoyed until her husband, Terence Scott was injured.

19. That as a direct and proximate result of the negligence and carelessness of the Defendant, Plaintiff Terence Scott sustained personal injuries; as a result of this, the Plaintiff has suffered past and will suffer future physical injury, pain and

mental distress; sustained and will sustain loss of income and medical bills for treatment and care.

20.  That Defendants are liable in damages to Plaintiffs Terence and Ramona Scott for all injuries and damages sustained as a result of Defendant's negligence.

21.  Plaintiffs demand a jury trial.

WHEREFORE, Plaintiffs requests the Court grant them a Jury trial, award Terence Scott judgment against the Defendant in the sum of $10,000,000 to be proven at trial, award Plaintiff Ramona Scott $2,000,000 to be proven at trial, their costs and attorney's fees, and grant them all other proper relief to which they may be entitled.

Respectfully Submitted,

The Law Offices of Peter Miller
1601 Broadway
Little Rock, Arkansas 72206
501-374-6300
800-726-6300

_____
Peter A. Miller
Attorney at Law
Atty# 80103